IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ALEX GARDEN,<br><br>           Defendant. | 4:14CR3072<br><br>**ORDER MODIFYING<br>CONDITIONS OF RELEASE** |

IT IS ORDERED:

1) The defendant's motion to modify conditions of release, (Filing No. 24), is granted.

2) The defendant shall comply with all terms and conditions of pretrial release, (Filing No. 13), except as follows:

> After receiving explicit permission from Pretrial Services to do so, the defendant is permitted to spend time with his girlfriend and her minor child in his home and, on occasion, to visit his girlfriend and her child in the girlfriend's home where her 15 year old brother may also be present, provided the girlfriend or another adult is always present during these visits.

November 14, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge