IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ALEX GARDEN,<br><br>        Defendant. | 4:14CR3072<br><br>**ORDER** |

IT IS ORDERED:

1) The government's motion to continue, (Filing No. 38), is granted.

2) The United States' response to the defendant's pending motion to suppress, (Filing No. 31), shall be filed on or before April 30, 2015.

3) The hearing on the motion to suppress is continued, and will be held on May 15, 2015, beginning at 9:00 a.m.

April 23, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge