IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ALEX GARDEN,<br><br>            Defendant. | 4:14CR3072<br><br>**ORDER** |

IT IS ORDERED:

1)     The defendant's motion for temporary modification of the conditions of his pretrial release, (filing no. 50), is granted.

2)     The defendant shall comply with all terms and conditions of pretrial release except Defendant is permitted to leave his home on Saturday, June 6, 2015 to attend the wedding and reception in Omaha, Nebraska, and to spend the night at a hotel in Omaha, returning to his residence on Sunday, June 7, 2015.

    June 3, 2015.

                                                        BY THE COURT:

                                                       *s/ Cheryl R. Zwart*
                                                       United States Magistrate Judge