IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:14CR3072 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEX GARDEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   IT IS ORDERED that Plaintiff's motion for extension of time (filing 60) is granted, as follows: Plaintiff shall have until August 10, 2015, to respond to Defendant's objections (filing 57) to the Magistrate Judge's findings, recommendation and order (filing 53).

   DATED this 29th day of July, 2015.

                              BY THE COURT:

                              *Richard G. Kopf*
                              Senior United States District Judge