IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>ALEX GARDEN,<br><br>                Defendant. | 4:14CR3072<br><br>**ORDER** |

IT IS ORDERED:

1)      Defendant's unopposed motion, (Filing No. 67), is granted.

2)      Provided the child's mother is present at all times, Defendant is permitted to accompany his girlfriend and her minor child while trick-or-treating on Saturday, October 31, 2015.

October 29, 2015.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                             United States Magistrate Judge