IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:14CR3072 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ALEX GARDEN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's unopposed motion to continue trial (filing no. 69) is granted.

(2)   Trial of this case as to Defendant Garden is continued to January 4, 2016, before the undersigned Senior United States District Judge, for four days, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

(3)   The time between today's date and the new trial date is excluded under the Speedy Trial Act and in the interest of justice. See 18 U.S.C. § 3161.

Dated November 2, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge