IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                    Plaintiff,                                    **4:14CR3072**

          vs.
                                                                  **ORDER**
ALEX GARDEN,

                    Defendant.

IT IS ORDERED:

1)      The defendant's motion for a temporary modification of his release conditions,
        (Filing No. 78), is granted.

2)      The defendant is permitted to attend a family gathering in western
        Nebraska (a family farm located near Potter, Nebraska) from Thursday
        March 24, 2016 to Sunday March 27, 2016.

3)      The defendant is permitted to leave Lincoln, Nebraska on Thursday, March
        24, 2016, and he must return to his residence the evening of Sunday, March
        27, 2016.

4)      From the time he leaves Lincoln, Nebraska until his return, he:

        a.      Must stay with his fiancé Randi Jump, or other family members; and

        b.      May be present with children under the age of 19 only if another
                adult is present.

March 22, 2016

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*
                                        United States Magistrate Judge