IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ALEX GARDEN,<br><br>　　　　　　Defendant. | 4:14CR3072<br><br>**ORDER** |

IT IS ORDERED:

1) Defendant's motion to modify conditions of release, (Filing No. 82), is granted.

2) Defendant may arrive at the Hartman's Cattle Company, 73111 619th Avenue Tecumseh, Nebraska 68450 during the early morning of April 30, 2016 to prepare for his wedding ceremony and remain at that venue until the wedding reception is over that evening.

3) Defendant may thereafter travel from Hartman's Cattle Company to the AmericInn Lodge and Suites, 8701 Amber Hill Ct., Lincoln, Nebraska 68526, and stay at that location overnight on April 30-May 1, 2016.

April 19, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge