IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:14CR3072 |
| vs. | |
| ALEX GARDEN, | **ORDER** |
| Defendants. | |

This matter is before the Court upon the United States' Motion to Withdraw (filing no. 91) Motion for Preliminary Order of Forfeiture (filing no. 90). The Court finds the motion should be granted.

IT IS THEREFORE ORDERED:

The United States' Motion to Withdraw (filing no. 91) Motion for Preliminary Order of Forfeiture is hereby sustained. The Motion for Preliminary Order of Forfeiture (filing no. 90) is deemed withdrawn.

ORDERED this 26th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge