IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:14CR3072 |
| | ) | |
| V. | ) | |
| | ) | |
| ALEX GARDEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

I conferred with counsel and the probation officer today. While the probation officer takes no position, the lawyers are in agreement. Because their agreement makes sense,

IT IS ORDERED that:

1. Counsel for the government shall provide counsel for the defendant with a copy of the "Extraction Report" as soon as reasonably possible. If that Report is held by the probation officer (Leslie Van Winkle), she shall provide a copy to the prosecutor so that he may comply with this Order.

2. The probation officer shall maintain custody of the seized devices until I order otherwise.

DATED this 24th day of April, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge